UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY KUMAR,<br><br>            Plaintiff,<br><br>      v.<br><br>J. SAUCEDO, et al.,<br><br>            Defendants. | No.  2:24-cv-1772 DJC CSK P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is plaintiff's motion for an extension of time to submit fourteen copies of the second amended complaint.  (ECF No. 16.)  For the following reasons, plaintiff's motion is granted.

      On April 30, 2025, this Court issued an order and findings and recommendations screening plaintiff's second amended complaint.  (ECF No. 15.)  This Court found that plaintiff stated eleven potentially colorable claims for relief against thirteen defendants.  (Id.)  By separate order, this Court directed plaintiff to submit fourteen copies of his second amended complaint required to effect service on defendants.  (ECF No. 14.)

      In the pending motion, plaintiff states that he is unable to submit fourteen copies of the second amended complaint due to limited library access and "time frame."  (ECF No. 16 at 1.)  Plaintiff also states that because he is indigent, he requests that the court make fourteen copies of

1

his second amended complaint and add the cost to plaintiff's trust account. (Id.) In the alternative, plaintiff requests an extension of time so that plaintiff can obtain help from his family to send fourteen copies of the second amended complaint to the court. (Id.)

This Court is not authorized to make copies of the second amended complaint on plaintiff's behalf and add the costs to plaintiff's trust account. For this reason, plaintiff is granted thirty days to submit fourteen copies of his second amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 16) is granted; plaintiff shall submit fourteen copies of his second amended complaint within thirty days of the date of this order.

Dated: May 21, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Kum1772.eot/2