1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SANJAY KUMAR,                          No.  2:24-cv-1772 DJC CSK P

12                Plaintiff,

13        v.                                ORDER

14   J. SAUCEDO, et al.,

15                Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 30, 2025, the Magistrate Judge filed findings and recommendations

21   herein which were served on Plaintiff and which contained notice to Plaintiff that any

22   objections to the findings and recommendations were to be filed within fourteen

23   days.  Plaintiff has not filed objections to the findings and recommendations.

24        The Court has reviewed the file and finds the findings and recommendations to

25   be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

26   HEREBY ORDERED that:

27        1.  The findings and recommendations (ECF No. 15) are adopted in full; and

28        2.  The following claims raised in the second amended complaint are dismissed

1

without leave to amend: 1) claim one against defendant Xiong for allegedly violating the Equal Protection Clause by discriminating against plaintiff based on race; 2) claim one alleging violation of the Fourth Amendment; 3) claim one alleging violation of the Eighth Amendment; 4) claim two alleging violation of the Fourth Amendment; 5) claim two alleging violation of the Eighth Amendment; 6) claim three against defendant Ceries alleging violation of the Fourteenth Amendment based on delay in plaintiff's receipt of a lower bunk; 7) claim three against defendant Alex alleging violation of the Fourteenth Amendment based on plaintiff's failure to see the eye doctor; 8) claim three against defendant Deo alleging violation of the Fourth Amendment; 9) claim three against defendant Leahy alleging violation of the Due Process Clause of the Fourteenth Amendment; and 10) claim three alleging violation of the Eighth Amendment;

    3.  This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

        IT IS SO ORDERED.

Dated:   **June 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/kuma24cv1772.800

2