1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SANJAY KUMAR,                          No.  2:24-cv-1772 DJC CSK P

12                 Plaintiff,

13         v.                                ORDER REFERRING CASE TO ADR AND
                                             STAYING CASE FOR 120 DAYS
14    J. SAUCEDO, et al.,

15                 Defendants.

16

17         Plaintiff is a former county inmate, proceeding without counsel.  Defendants Saucedo,

18    Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko and Leahy filed an answer.

19         The undersigned is referring all post-screening civil rights cases filed by pro se state

20    inmates to ADR (Alternative Dispute Resolution) in an effort to resolve such cases more

21    expeditiously and less expensively.  Defense counsel from the Office of the California Attorney

22    General has agreed to participate.  No defenses or objections shall be waived by their

23    participation.

24         As set forth in the screening order, plaintiff has stated a potentially cognizable civil rights

25    claim.  Thus, the court stays this action for a period of 120 days to allow the parties to investigate

26    plaintiff's claims, meet and confer, and then participate in a settlement conference.

27    ////

28    ////

                                             1

1    There is a presumption that all post-screening prisoner civil rights cases assigned to the

2    undersigned will proceed to settlement conference.[1]  However, if after investigating plaintiff's

3    claims and speaking with plaintiff, and after conferring with defense counsel's supervisor,

4    defense counsel in good faith finds that a settlement conference would be a waste of resources,

5    defense counsel may move to opt out of this pilot project.  A motion to opt out must be filed

6    within forty-five days of the date of this order.

7    Once the settlement conference is scheduled, at least seven days prior to the conference,

8    the parties shall submit to the settlement judge a confidential settlement conference statement.

9    The parties' confidential settlement conference statements shall include the following: (a) names

10   and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short

11   procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts

12   made to investigate the allegations; and (e) a discussion of the efforts that have been made to

13   settle the case.  Defendants shall e-mail the settlement conference statement to the settlement

14   judge's e-mail box for proposed orders, available on the court's website.  Plaintiff shall place his

15   settlement conference statement in the U.S. mail addressed to the settlement conference judge,

16   United States District Court, 501 I Street, Sacramento, CA  95814.  Plaintiff shall mail his

17   settlement conference statement so that it is received by the court at least seven days before the

18   settlement conference.

19   In accordance with the above, IT IS HEREBY ORDERED that:

20   1.  This action is stayed for 120 days to allow the parties an opportunity to settle their

21   dispute before the discovery process begins.  Except as provided herein or by subsequent court

22   order, no other pleadings or other documents may be filed in this case during the stay of this

23   action.  The parties shall not engage in formal discovery, but the parties may elect to engage in

24   informal discovery.

25   2.  Within forty-five days from the date of this order, defendants shall file any motion to

26   opt out of the Post-screening ADR Project.  If the defendant is not going to opt out, defense

27

28   [1]  If the case does not settle, the court will issue a discovery and scheduling order.

1   counsel must contact the assigned magistrate judge's courtroom deputy to schedule a settlement

2   conference within seven days of the deadline for opting out or the decision that no motion to opt

3   out will be filed, whichever is sooner.

4       3.  At least seven days prior to the settlement conference, each party shall submit a

5   confidential settlement conference statement, as described above, to the settlement judge.

6   Defendants shall e-mail the settlement conference statement to the settlement judge's proposed

7   orders e-mail address.  Plaintiff shall place his settlement conference statement in the U.S. mail

8   addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA

9   95814.  Plaintiff shall mail his settlement conference statement so that it is received by the court

10  at least seven days before the settlement conference.

11      4.  If a settlement is reached at any point during the stay of this action, the parties shall file

12  a Notice of Settlement in accordance with Local Rule 160.

13      5.  The parties remain obligated to keep the court informed of their current addresses at all

14  times during the stay and while the action is pending.  Any change of address must be reported

15  promptly to the court in a separate document captioned for this case and entitled "Notice of

16  Change of Address."  See L.R. 182(f).

17

18  Dated:  September 18, 2025

19  _____

20  CHI SOO KIM
    UNITED STATES MAGISTRATE JUDGE

21

22  kuma1772.adr.uniform/2

23

24

25

26

27

28