IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SANJAY KUMAR

    Plaintiff,

v.

J. SAUCEDO, et al.,

    Defendants.

Case No. 2:24-cv-01772-DJC-CSK

**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO OPT OUT OF POST-SCREENING ADR**

Defendants, DEPUTY SALVESH DEO, DEPUTY MAGIC LEE, DEPUTY TROST, ALEE XIONG, TAMIRA JOHNSON, GREGORY MEYER, ALEX KUZMENKO, and AARON LEAHY (collectively, "Defendants") have applied for an extension of time in which to opt out of the Court ordered Post-Screening ADR Project.

Good cause being shown for the requested extension of time, **IT IS HEREBY ORDERED THAT:**

1. Defendants' request for a thirty (30) day extension of time to opt out of Court ordered post-screening ADR (ECF No. 41) is GRANTED; and

2. On or before December 3, 2025, defendants shall file any motion to opt out of the Post-Screening ADR Project.

Dated: November 5, 2025

Kuma1772.eot

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

- 1 -