# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SANJAY KUMAR,                                          No. 2:24-cv-1772 DJC CSK P

       Plaintiff,

    v.

J. SAUCEDO, et al.,                                    **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       Defendants.

_____/

Sanjay Kumar, CDCR # BX-1675, a necessary and material witness in a settlement conference in this case on March 12, 2026, is confined in Avenal State Prison ("ASP") in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by Zoom video conference from his place of confinement, on Thursday, March 12, 2026 at 9:00 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Avenal State Prison at (559) 386-2337 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jonathan Anderson, Courtroom Deputy, at janderson@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ASP, P. O. Box 8, Avenal, California 93204:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  March 5, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Kuma1772.841Z(b)/2