UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANJAY KUMAR,

      Plaintiff,

    v.

J. SAUCEDO, et al.,

      Defendants.

No.  2:24-cv-1772 DJC CSK P

FINDINGS AND RECOMMENDATIONS

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 12, 2025, this Court ordered the U.S. Marshal to serve the second amended complaint on defendants.  (ECF No. 20.)  Process directed to defendant Tseng was returned unserved because defendant Tseng was no longer employed with Sacramento County and no further contact information was provided.  (ECF No. 26.)  Process directed to defendants Ceries and Cuems was returned unserved because there were no employees named Ceries and Cuems.  (ECF No. 30.)

On August 22, 2025, this Court directed plaintiff to provide additional information to serve defendant Tseng within sixty days.  (ECF No. 28.)  Sixty days passed from August 22, 2025 and plaintiff did not provide additional information for service of defendant Tseng.  (See docket.)  On September 9, 2025, this Court directed plaintiff to provide additional information to serve defendants Ceries and Cuems within sixty days.  (ECF No. 33.)  Sixty days passed and plaintiff

1

did not provide additional information for service of defendants Ceries and Cuems.  (See docket.)

Accordingly, IT IS HEREBY RECOMMENDED that defendants Tseng, Ceries and Cuems be dismissed from this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 22, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Kuma1772.57/2