UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANJAY KUMAR,

Plaintiff,

v.

J. SAUCEDO, et al.,

Defendants.

No. 2:24-cv-1772 DJC CSK P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

**I. DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**

**A. Background**

On September 15, 2025, defendants Saucedo, Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko and Leahy filed an answer to plaintiff's second amended complaint. (ECF No. 34.) On October 21, 2025, this Court approved and ordered substitution of new counsel to represent defendant Saucedo. (ECF No. 39.) On March 12, 2026, a settlement conference was held in this action. (ECF No. 54.) This action did not settle. (Id.) On April 21, 2026, a Discovery and Scheduling Order was issued in response to the answer filed by defendants on September 15, 2025. (ECF No. 56.) This order set the discovery deadline for August 21, 2026 and the pretrial

motion deadline for November 13, 2026. (Id. at 5.) On July 23, 2026, defendant Ruiz filed an answer to plaintiff's second amended complaint. (ECF No. 65.) Defendant Ruiz is represented by counsel representing defendants Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko, Ruiz and Leahy. (Id.)

**B. Discussion**

On August 14, 2026, defendants Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko, Leahy and Ruiz filed a motion to modify the Discovery and Scheduling order. (ECF No. 68.) Defendants request that the discovery deadline be extended by thirty days for the sole purpose of defendants completing plaintiff's deposition. (ECF No. 68-1 at 3.) Defendants request that the pretrial motion deadline be extended to accommodate the extension of the discovery deadline. (Id.) The April 21, 2026 Discovery and Scheduling order does not apply to defendant Ruiz because he had not answered the second amended complaint at the time it was filed. This Court will issue a separate Discovery and Scheduling order applicable to plaintiff and defendant Ruiz.

Good cause appearing, the discovery deadline is extended to December 18, 2026 for the sole purpose of defendants Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko and Leahy completing plaintiff's deposition. The pretrial motion deadline is extended to March 19, 2027 as to plaintiff and defendants Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko and Leahy. Although defendant Saucedo did not join the motion to modify the Discovery and Scheduling order, to avoid confusion, this Court orders the pretrial motion deadline extended as to defendant Saucedo.

**II. PLAINTIFF'S MOTION FOR SUBPOENAS, ETC.**

On August 21, 2026, plaintiff filed a motion titled, "Plaintiff Sanjay Kumar Motion to Subpoena Evidence and Request for Sanctions, Production of Documents, Third Party Subpoena Upon the Custodian of Records of the Sacramento County Sheriff's Department and (RCCC) Rio Consumnes Correctional Center to Ascertain all Defendants Misconduct. (Set Two)." (ECF No. 67 at 1.) In this pleading, plaintiff states that he received a letter from defense counsel on June 22, 2026 containing a request for production of documents. (Id.) Plaintiff states that he does not have any of the documents requested in his possession. (Id.) Plaintiff appears to request an

extension of time to respond to defendants' request for production of documents. (Id. at 2.) Good cause appearing, this request for extension of time is granted.

Plaintiff's motion for subpoenas, etc. also appears to contain a request for production of documents addressed to all defendants. (Id. at 2-3.) Plaintiff appears to request duty rosters from several dates, video camera footage from the Rio Consumnes Correctional Center on several dates, grievance decisions, various medical records, records related to food distribution and preparation, and body camera footage. (Id. at 2-3.)

Pursuant to the Discovery and Scheduling order filed April 21, 2026, all requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 were to be served not later than sixty days prior to the close of discovery on August 21, 2026. (ECF No. 56 at 5.) Sixty days prior to August 21, 2026 was June 22, 2026. Plaintiff's pending motion does not address why plaintiff failed to make his discovery requests sixty days prior to the close of discovery. Accordingly, plaintiff's request to conduct discovery, as addressed to those defendants who filed an answer on September 15, 2025 to whom the April 21, 2026 Discovery and Scheduling order applies, is denied as untimely. To the extent plaintiff's requests for discovery could be construed as seeking discovery from defendant Ruiz who filed an answer on July 23, 2026, this request is premature as the Court has not yet issued a Discovery and Scheduling order applicable to plaintiff and defendant Ruiz.

Finally, in the caption of the pending motion plaintiff requests sanctions. (ECF No. 67 at 1.) Plaintiff's motion does not appear to contain a specific request for sanctions or otherwise demonstrate why sanctions are warranted against any defendant. For these reasons, plaintiff's motion for sanctions is denied.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to respond to defendants' request for production of documents made in the motion for subpoenas and for sanctions (ECF No. 67) is granted; plaintiff is granted thirty days from the date of this order to serve defendants with a response to the request for production of documents; plaintiff's motion for subpoenas and for

sanctions (ECF No. 67) is denied in all other respects.

2. Defendants' motion to modify the scheduling order (ECF No. 68) is granted.

3. The discovery deadline is extended to December 18, 2026 for the sole purpose of defendants Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko and Leahy completing plaintiff's deposition. The pretrial motion deadline is extended to March 19, 2027 as to plaintiff and defendants Deo, Lee, Trost, Xiong, Johnson, Meyer, Kuzmenko, Leahy and Saucedo.

Dated: November 13, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Kuma1772.ord(3)/2